**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
STEVEN J. MESSNER
v.
EVANSTON NORTHWESTERN HEALTHCARE CORP.

Case Number:
FILED STAMP: APRIL 24, 2008
08CV2343   J. N.
JUDGE GUZMAN
MAG. JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, STEVEN J. MESSNER

| | |
|---|---|
| NAME (Type or print) | |
| Mary Jane Fait | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Mary Jane Fait | |
| FIRM | |
| WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC | |
| STREET ADDRESS | |
| 55 WEST MONROE STREET, SUITE 1111 | |
| CITY/STATE/ZIP | |
| CHICAGO, ILLINOIS  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6182377 | (312) 984-0000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |