## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| STEVEN J. MESSNER | FILED STAMP: APRIL 24, 2008 |
| v. | 08CV2343  J. N. |
| EVANSTON NORTHWESTERN HEALTHCARE CORP. | JUDGE GUZMAN |
| | MAG. JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, STEVEN J. MESSNER

| NAME (Type or print) |
|---|
| THEODORE B. BELL |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/  Theodore B. Bell |

| FIRM |
|---|
| WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC |

| STREET ADDRESS |
|---|
| 55 WEST MONROE STREET, SUITE 1111 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, ILLINOIS  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6182377 | (312) 984-0000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |