## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2343           Assigned/Issued By: J. N.

Judge Name: GUZMAN              Designated Magistrate Judge: VALDEZ

---

**FEE INFORMATION**

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00

[ ] IFP   [ ] No Fee   [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                Receipt #: 2724028

Date Payment Rec'd: 4/24/08     Fiscal Clerk: J. N.

---

**ISSUANCES**

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                          _____
                                          *(Victim, Against and $ Amount)*

[ ] Citation to Discover Assets          [ ] Other

[ ] Writ _____              _____
*(Type of Writ)*                          _____
                                          *(Type of issuance)*

_1_ Original and _0_ copies on _4/24/08_ as to _DEFENDANT_
                          *(Date)*