AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  April 25, 2008 |
| NAME OF SERVER (PRINT)  Laine McDonnell | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Based on the prior representation that he was authorized and willing to accept service of the summons and complaint on behalf of Defendant Evanston Northwestern Healthcare Corp. ("ENH"), I served ENH's counsel, David H. Dahlquist with the summons and complaint, on April 25, 2008 by personally leaving a copy addressed to Mr. Dahlquist with Jan Uvari at Winston & Strawn LLP, Mail and Messenger Department, 35 W. Wacker Drive, 42nd Flr., Chicago, IL and via electronic transmission to Mr. Dahlquist at ddahlquist@winston.com.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 25, 2008          *[signature]*
                    Date               Signature of Server

Wolf Haldenstein Adler Freeman & Herz LLC
55 W. Monroe Street, Ste. 1111, Chicago, IL   60603
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

STEVEN J. MESSNER

CASE NUMBER: **08CV2343**

V.

ASSIGNED JUDGE:

EVANSTON NORTHWESTERN
HEALTHCARE CORPORATION

DESIGNATED **JUDGE GUZMAN**
MAGISTRATE JUDGE: **MAG. JUDGE VALDEZ**

TO: (Name and address of Defendant)

Evanston Northwestern Healthcare Corporation
1301 Central Street
Evanston, IL 60201
(847) 570-5020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mary Jane Fait, Esq.
Wolf Haldenstein Adler Freeman and Herz LLC
55 W. Monroe Street, Suite 1111
Chicago, IL 60603
(312) 984-0000

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*[signature]*
(By) DEPUTY CLERK

April 24, 2008
Date