UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division

Steven J. Messner
                                  Plaintiff,

v.                                                       Case No.:
                                                         1:08−cv−02343
                                                          Honorable Edmond E. Chang

Evanston Northwestern Healthcare Corporation
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 7, 2012:

       MINUTE entry before Honorable Edmond E. Chang: In light of the petition for rehearing filed in the Seventh Circuit, and the 02/17/12 due date for the response, the status hearing of 02/13/12 is reset to 3/14/12 at 8:30 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.