UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Steven J. Messner
                             Plaintiff,

v.                                       Case No.:
                                              1:08−cv−02343
                                              Honorable Edmond E. Chang

Evanston Northwestern Healthcare Corporation
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 8, 2012:

      MINUTE entry before Honorable Edmond E. Chang: In light of the issuance of the mandate, and the cases' return to the district court's jurisdiction, the Court must examine whether to recuse based on the concern identified by the Court in the 01/13/12 order, R. 456. The first question is what facts Judge Chang should investigate regarding the health care that he and his family has received through the NorthShore University Health System. The parties shall confer on that question, bearing in mind that they should address whether there are relevant time periods, patient payments, types of services, or any other facts that will inform the Judge's investigation, and of course bearing in mind any potential proposed amendment to the class definition. The parties shall file 1 joint memorandum with the proposed recusal−inquiry questions; the Court hopes that the parties can agree to the questions, but if not, they may set forth the areas of agreement and disagreement in the joint filing. The joint filing shall be made on or before 03/19/12. The status hearing of 03/14/12 is reset to 03/22/12 at 9:30 a.m. If the parties wish to hold a status hearing before that date, then they should call the courtroom deputy to schedule it. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.